MELINDA S. RIECHERT, State Bar No. 065504
LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: mriechert@morganlewis.com;
 lschroeder@morganlewis.com

**E-Filed 3/19/2010**

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD M. NAKAMOTO,<br><br>    Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | Case No. 5:09-CV-05193 JF<br><br>[~~PROPOSED~~] ORDER TO CONTINUE THE HEARING DATE ON DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION, AND MOTION TO STRIKE AND INITIAL CASE MANAGEMENT CONFERENCE |

WHEREFORE, Defendant Lockheed Martin Corporation's Motion to Dismiss, or in the Alternative, Motion for Summary Adjudication, and Motion to Strike ("Defendant's Motion") was duly noticed for hearing before this Court on April 9, 2010 at 9:00 AM, and the initial Case Management Conference for this matter was scheduled by the Court to take place immediately following the hearing.

IT IS HEREBY ORDERED that, at the Parties' request, the hearing on the Defendant's Motion is continued to April 23, 2010 at 9:00 AM.

///

///

DB2/21603328.1

1

[PROPOSED] ORDER TO CONT. THE HEARING DATE ON DEF.'S MOTION AND INITIAL CASE MANAGEMENT CONFERENCE (CASE NO.: 5:09-CV-05193 JF)

1   IT IS FURTHER HEREBY ORDERED that the initial Case Management Conference for
2   this matter is continued to April 23, 2010 immediately following the hearing on Defendant's
3   Motion.

DATED: 3/18/2010 , 2010

_____
Honorable Jeremy Fogel

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Washington

DB2/21603328.1          2          [PROPOSED] ORDER TO CONT. THE HEARING DATE
ON DEF.'S MOTION AND INITIAL CASE MANAGEMENT
CONFERENCE (CASE NO.: 5:09-CV-05193 JF)