1  MELINDA S. RIECHERT, State Bar No. 065504
   LINDSEY K. SCHROEDER, State Bar No. 245425
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Telephone:  650.843.4000
   Facsimile:   650.843.4001
5  E-mail: mriechert@morganlewis.com;
           lschroeder@morganlewis.com
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | RONALD M. NAKAMOTO | Case No. 5:09-CV-05193 JF |
   | --- | --- |
13 | Plaintiff, | [~~PROPOSED~~] **ORDER TO CONTINUE THE HEARING DATE ON DEFENDANT LOCKHEED MARTIN CORPORATION'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION, AND MOTION TO STRIKE AND INITIAL CASE MANAGEMENT CONFERENCE** |
14 | vs. | |
15 | LOCKHEED MARTIN CORPORATION, | |
16 | Defendant. | |

17

18

19

20     WHEREFORE, Defendant Lockheed Martin Corporation's Motion to Dismiss, or in the

21 Alternative, Motion for Summary Adjudication, and Motion to Strike ("Defendant's Motion") has

22 been set for hearing before this Court on April 23, 2010 at 9:00 AM, and the initial Case

23 Management Conference for this matter has been set by the Court to take place immediately

24 following the hearing.

25     IT IS HEREBY ORDERED that, at the Parties' request, the hearing on the Defendant's

26 Motion is continued to May 28, 2010 at 9:00 AM.

27 / / /

28 / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21646224.1            1            [PROPOSED] ORDER TO CONT. THE HEARING DATE
                                       ON DEF.'S MOTION AND INITIAL CASE MANAGEMENT
                                       CONFERENCE (CASE NO.: 5:09-CV-05193 JF)

1   IT IS FURTHER HEREBY ORDERED that the initial Case Management Conference for
2 this matter is continued to May 28, 2010 immediately following the hearing on Defendant's
3 Motion.

5   DATED: __4/1_____, 2010

7                                   _____
                                    Honorable Jeremy Fogel

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Washington

DB2/21646224.1     2     [PROPOSED] ORDER TO CONT. THE HEARING DATE ON DEF.'S MOTION AND INITIAL CASE MANAGEMENT CONFERENCE (CASE NO.: 5:09-CV-05193 JF)