MELINDA S. RIECHERT, State Bar No. 65504
KATHRYN M. DANCISAK, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: mriechert@morganlewis.com;
       kdancisak@morganlewis.com

Attorneys for Defendant and Counter Claimant
LOCKHEED MARTIN CORPORATION

PHILLIP J. GRIEGO, State Bar No. 76616
RUTGER J. HEYMANN, State Bar No. 212549
PHILLIP J. GRIEGO & ASSOCIATES
95 S. Market Street, Suite 520
San Jose, CA 95113
Telephone: 408.293.6341
Facsimile: 408.293.1959
Email: phil@griegolaw.com;
       rheymann@griegolaw.com

JAMES H. SHOEMAKER, JR. (*Admitted Pro Hac Vice*)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
Telephone: 757.223.4580
Facsimile: 757.223.4518
Email: Jshoemaker@pwhd.com

Attorneys for Plaintiff and Counter Defendant
RONALD M. NAKAMOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD M. NAKAMOTO<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Case No. 5:09-CV-05193 JF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING ADR DEADLINE**<br><br>Complaint filed: November 3, 2009<br>Trial date: Not set |

DB2/21830124.1

1

STIPULATION AND [PROPOSED]
ORDER MODIFYING ADR DEADLINE
(CASE NO. 5:09-CV-05193 JF)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

Plaintiff and Counter Defendant Ronald M. Nakamoto ("Plaintiff" or "Nakamoto") and Defendant and Counter Claimant Lockheed Martin Corporation ("Defendant" or "Lockheed"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), by and through their undersigned counsel, jointly submit this Stipulation to the Court:

## STIPULATION

WHEREAS, on May 13, 2010, the Court issued an Order Selecting ADR Process in the above-entitled action ("Order");

WHEREAS, the Court's Order approved the stipulation between the Parties to participate in a Court-sponsored mediation;

WHEREAS, according to the Court's Order, the deadline for the Parties to hold a Court-sponsored mediation is 90 days from the date of the Order, or August 11, 2010;

WHEREAS, the Court heard Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Adjudication, and Motion to Strike, on May 28, 2010;

WHEREAS, Defendant filed its Answer to Plaintiff's Complaint and its Counter Claim on June 22, 2010;

WHEREAS, Plaintiff will file his Answer to Defendant's Counter Claim on July 20, 2010;

WHEREAS, the Parties have not been able to complete initial written discovery and Defendant has not been able to complete Plaintiff's deposition, and will not have sufficient time to complete initial written discovery and Plaintiff's deposition before the currently scheduled deadline to participate in a mediation;

WHEREAS, the Parties agree that it would be beneficial for settlement purposes if the Parties completed initial written discovery and Plaintiff's deposition prior to participating in a mediation;

WHEREAS, the Parties have not previously requested any extensions of the deadlines set forth in the Court's Order;

WHEREAS, for good cause and to promote settlement and avoid prejudice that would result to both Parties if the deadline to participate in a mediation is not revised, the Parties jointly

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21830124.1

2

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE
(CASE NO. 5:09-CV-05193 JF)

request an extension of the deadline to participate in a mediation set forth in the Court's Order;

NOW, THEREFORE, Plaintiff and Defendant, through their undersigned respective counsel, stipulate and request that the Court approve the following revised deadline:

Last day for the Parties to participate in a mediation:     10/11/2010

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: July 23, 2010                    MORGAN, LEWIS & BOCKIUS LLP


By _____/s/_____
Melinda S. Riechert
Kathryn M. Dancisak
Attorneys for Defendant and Counter Claimant
LOCKHEED MARTIN CORPORATION


Dated: July 23, 2010                    PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.


By _____/s/_____
James H. Shoemaker, Jr.
Attorneys for Plaintiff
RONALD M. NAKAMOTO

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21830124.1

3

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE
(CASE NO. 5:09-CV-05193 JF)

## ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS the following revised deadline in this case:

Last day for the Parties to participate in a mediation:    10/11/2010

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: 7/29/10

_____
Hon. Jeremy Fogel
United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/21830124.1

4

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE
(CASE NO. 5:09-CV-05193 JF)