\*\*E-Filed 9/28/2010\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD NAKAMOTO,<br><br>            Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>            Defendant. | Case Number 05:09-cv-05193-JF/HRL<br><br>ORDER DISMISSING CASE |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings and/or trial dates set in this matter are VACATED.

DATED:  9/28/2010

                                                                                       JEREMY FOGEL<br>
                                                                                       United States District Judge